UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ CR-SEITZ

MAGISTRATE JUDGE
BANDSTRA

8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

v.

MICHAEL HILL,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNTS 1-4

On or about November 13, 2003, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendant,

## MICHAEL HILL,

did knowingly encourage and induce the aliens set forth as to each count below, for the purpose of

commercial advantage and private financial gain, to come to, enter, and reside in the United States,

knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United

States by said aliens would be in violation of law:

| Count | Alien Name |
|---|---|
| 1 | Omar Isaiah St. Leger Grahan |
| 2 | Omar O'neil Orchard |



3     Eunice Vida May Anderson

4     Steve Donovan Jackson

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

## COUNT 5

On or about November 13, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### MICHAEL HILL,

did knowingly possess, accept, obtain, and receive documents prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is, letters verifying employment for crewmen, which documents the defendant knew to be falsely made and otherwise procured by fraud and unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

## CRIMINAL FORFEITURE

1. The allegations in Counts 1-5 of this indictment are realleged and incorporated herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 982 (a)(6)(A).

2. Upon conviction of any of the offenses charged in Counts 1-5 the defendant, MICHAEL HILL, shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offenses of which he is convicted, and any property, real

or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense or that was used to facilitate, or was intended to be used to facilitate, the commission of the offense of which he was convicted.

3.      The property subject to forfeiture includes but is not limited to approximately $1400.00 in United States currency obtained from the defendant on or about November 13, 2004, in Miami, Florida.

4.      If the property described above as being subject to forfeiture, as a result of any act or omission of the forfeiting defendant:

(A)     cannot be located upon the exercise of due diligence;

(B)     has been transferred or sold to, or deposited with a third person;

(C)     has been placed beyond the jurisdiction of the Court;

(D)     has been substantially diminished in value; or

(E)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

3

All pursuant to Title 18, United States Code, Section 982(a)(6)(A) and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA 04 - 20 CASE NO. 8 9 CR - SEITZ   MAGISTRATE JUDGE
BANDSTRA

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

MICHAEL HILL

_____/   **Superseding Case Information:**

**Court Division:** (Select One)

| | | New Defendant(s) | Yes _____ | No _____ |

X   Miami  _____  Key West          Number of New Defendants  _____
_____  FTL  _____  WPB  _____  FTP  Total number of counts  _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   No
    List language and/or dialect   _____

4.  This case will take   2   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                          (Check only one)

    I     0 to 5 days      X        Petty      _____
    II    6 to 10 days     _____    Minor      _____
    III   11 to 20 days    _____    Misdem.    _____
    IV    21 to 60 days    _____    Felony     X
    V     61 days and over _____

6.  Has this case been previously filed in this District Court? (Yes or No)   No
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   No
    If yes:
    Magistrate Case No.   _____
    Related Miscellaneous numbers:   _____
    Defendant(s) in federal custody as of   _____
    Defendant(s) in state custody as of   _____
    Rule 20 from the   _____   District of   _____

    Is this a potential death penalty case? (Yes or No)   No

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _____ Yes   X   No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _____ Yes   X   No
    If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   X   No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   X   No

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0817643

*Penalty Sheet(s) attached                                          REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>MICHAEL HILL</u>

**Case No**: _04-20189 CR-SEITZ_     **MAGISTRATE JUDGE BANDSTRA**

<u>Counts #: 1 - 4</u>

Encouraging and inducing aliens to enter the United States illegally for profit

8 U.S.C. §§1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i)

**\* Max.Penalty**: Ten (10) years imprisonment

---

<u>Count #: 5</u>

Possession of fraudulent immigration documents

18 U.S.C. §1546(a)

**\* Max.Penalty**: Ten (10) years imprisonment

FORM DBD-34
JUN. 85

No._____

CR-SEITZ

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of  _____FLORIDA_____

## THE UNITED STATES OF AMERICA

vs.

MICHAEL HILL,

Defendant.

# INDICTMENT

8 USC §1324(a)(1)(A)(iv)
18 USC §1546(a)

A true bill.

FGJ # 03-04 (MIA)

_____ Foreman

Filed in open court this ____ 26TH ____ day,

of __May__ A.D. 2004

_____ Clerk

Bail, $ _____